

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-84,053-01, WR-WR-84,053-02 & WR-84,053-03

## IN RE JAMES MICHAEL BEATTIE, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS
### CAUSE NOS. 1218918-A, 1215016-A & 1214470-A
### IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed motions for leave to file applications for writs of mandamus pursuant to the original jurisdiction of this Court. In them, Relator contends that he filed applications for writs of habeas corpus in the 351st District Court of Harris County, more than 180 days have passed since the date the State received the applications, and the applications have not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the records on such habeas corpus applications, submitting proof of the dates of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed

applications for writs of habeas corpus in Harris County. These applications for leave to file writs of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: November 18, 2015
Do not publish